**FILED**
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br> PENNINA RAMIREZ,             )<br>                              )<br>           Defendant.         )<br>_____) | Criminal Case No. 08CR2767-LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Cocaine<br>(Felony) |

The United States Attorney charges:

On or about July 20, 2008, within the Southern District of California, defendant PENNINA RAMIREZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 21.82 kilograms (48.00 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 19, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis
FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:Imperial
8/19/08