AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

FILED

AUG 1 9 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

PENNINA RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2767-LAB_

    I, PENNINA RAMIREZ, the above named defendant, who is accused of committing the

following offense:

      Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
      and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___8/19/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____  FOR TIMOTHY A. SCOTT
Counsel for Defendant
DAVID R. SALLDORP

Before _____
Judicial Officer